

# JUDGMENT

# Court of Appeals

# First District of Texas

NO. 01-14-00215-CV

LETHA PILLAI, Appellant

V.

JESUS VEGA AND DALIA VEGA, Appellees

Appeal from the 234th District Court of Harris County.  (Tr. Ct. No. 2011-68692).

After inspecting the record of the court below, the Court holds that it lacks jurisdiction over this appeal.  Accordingly, the Court **dismisses** the appeal.

The Court **orders** that the appellant, Letha Pillai, pay all appellate costs.

The Harris County District Clerk shall release from its registry all of the funds being held from check number 51514613 in Cause No. 2011–68692, *Jesus and Dalia Vega v. Letha Pillai*, in the 234th District Court of Harris County, Texas, plus all interest accrued on these funds to T.W. Proctor on behalf of Letha Pillai. We discharge and release Letha Pillai from any liability under the Clerk's Certificate of Deposit in Lieu of Supersedeas Bond.

The Court **orders** that this decision be certified below for observance.

Judgment rendered July 14, 2015.

Per curiam opinion delivered by panel consisting of Justices Keyes, Huddle, and Lloyd.